[pic]

 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FACSIMILE

TO: OF: FAX NO.: PHONE NO.:
Mr. R. Matthew Molash Hughes & Luce, L.L.P. 214-939-6100 214-939-5500
Mr. Terry D. Morgan Terry Morgan & Associates, P.C. 214-969-5902
214-969-5454
Honorable Vicki B. Isaacks Judge, 393rd Judicial District Court 940-349-
2361 940-349-2360
Ms. Stephanie Lavake Clerk, Second Court of Appeals 817-884-1932
817-884-1900

FROM: Clerk's Office
DATE: April 6, 2006
PAGES: (3), including cover page

RE: Case Number: 06-0266; JNC Partners Denton, LLC v. City of Denton,
 Texas

COMMENTS: The attached order was issued this date.

 If you have any questions, please call. Thank you.